FILED
11/3/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
MEN

AO 91 (Rev. 11/11) Criminal Complaint AUSA Kristin M. Pinkston (312) 353-5300

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JUAN MANUAL GUEVARA LUEVANO

CASE NUMBER: 26 CR 575
**UNDER SEAL**

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. From on or about September 2023 to on or about October2026, at Aurora, Illinois, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2261A(2)(B) | with the intent to harass and intimidate another person, used an interactive computer service and electronic communication service or electronic communication system of interstate commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotions to distress to a person |

This criminal complaint is based upon these facts:

_X_ Continued on the attached sheet.

Nina D. Miller by MV
NINA D. MILLER
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: November 3, 2026

*Judge's signature*

City and state: Chicago, Illinois

MARIA VALDEZ, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**AFFIDAVIT**

I, NINA D. MILLER, being duly sworn, state as follows:

**INTRODUCTION**

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since approximately August 2020.

2. As part of my duties as an FBI Special Agent, I investigate criminal violations relating to violent crimes, including, among others, kidnapping, bank robbery, cyberstalking, and the apprehension of violent fugitives. In addition, I currently serve in the violent crimes task force based out of West Resident Agency of the Chicago Field Office of the FBI.

3. This affidavit is submitted in support of a criminal complaint alleging that JUAN MANUEL GUEVARA LUEVANO has, with the intent to harass and intimidate another person, used an interactive computer service and electronic communication service or electronic communication system of interstate commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to a person, in violation of Title 18, United States Code, Sections 2261A(2)(B) (the "**Subject Offense**").

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging LUEVANO with the **Subject Offense**, I have not included each and every fact known to me

concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that LUEVANO committed the **Subject Offense** alleged in the complaint.

5. This affidavit is based on my personal knowledge, training and experience, information I have received from other law enforcement personnel, my review of certain electronic evidence and law enforcement reports, my review of records received from various electronic service providers, information provided by persons with knowledge regarding relevant facts, and my own interview of LUEVANO.

## FACTS SUPPORTING PROBABLE CAUSE

6. As detailed below, the FBI is investigating the **Subject Offense**: namely a series of threatening, harassing, and stalking communications made to Victim A beginning no later than approximately February 2024 through approximately October 2026. LUEVANO has attempted to contact Victim A by email on approximately 373 occasions, and by phone on approximately 59 occasions. These email messages, as shown below, involve threats of stalking, threats of interstate travel to the victim's home for the purpose of contacting Victim A, and statements regarding fantasized sexual acts with Victim A. Many of the harassing and stalking communications have come from telephone numbers associated with cellular service providers, email addresses, and social media accounts capable of sending messages.

7. In summary, and as explained in more detail below, LUEVANO was advised by both the FBI as well as an attorney for Victim A that Victim A did not

want any further contact with him and that his attempted and actual contact with Victim A was considered harassing and stalking behavior and needed to cease immediately. In January 2025, I interviewed LUEVANO in-person and, in summary, LUEVANO admitted contact with Victim A. I advised him that his conduct was considered harassing and stalking behavior by Victim A and to cease contact. According to Individual B, Victim A's attorney, Individual B, issued LUEVANO a cease-and-desist letter and orally directed LUEVANO to cease any contact with Victim A in February 2025. According to Individual B, LUEVANO responded to oral pronouncement of the cease and desist with words to the effect of "I don't want any trouble. I won't call anymore."

8. During this investigation, in addition to interviews with Victim A, Individual B, and LUEVANO, I conducted additional witness interviews, and reviewed service provider records, including, Verizon, AT&T, Apple, and Poshmark records, among others. Based on these interviews and records, I determined LUEVANO harassed Victim A from no later than February 2024 through May 2025 and, from approximately June 2025 through May 2026, LUEVANO ceased contact, but restarted contact in June 2026. As detailed below, since that time, LUEVANO's harassing and stalking behavior continued through October 2026.

9. As explained in further detail below, according to Victim A, LUEVANO's ongoing harassment of Victim A has caused disturbances in Victim A's business and Victim A's personal life. Victim A has moved three times in the last few years, in part due to LUEVANO's harassment. Victim A finds the harassment upsetting and was

extremely disturbed when LEUVANO shared intimate photos of Victim A with Victim A's parents. Victim A is afraid LUEVANO will find Victim A and physically present himself at Victim A's home or other physical location. The continued harassment caused and continues to cause Victim A to feel helpless and afraid for Victim A's life.

10. As explained below, the investigation shows that there is probable cause that LUEVANO has committed the **Subject Offense**. Specifically, the phone numbers, email addresses, and/or social media accounts identified below used to send threats and harassing communications to Victim A come back to usernames or phone numbers registered to, subscribed to, or known to be used by LUEVANO. In addition, other evidence – including admission by LUEVANO that he has contacted Victim A, show that LUEVANO has committed the **Subject Offense**.

## BACKGROUND

11. As background, the FBI's investigation began in January 2025 after Victim A submitted a complaint to the FBI alleging ongoing harassing, threatening, and stalking communications sent to [redacted] cellphone and online accounts, including email, personal website, and social media accounts, by LUEVANO.

12. According to Illinois Secretary of State records, JUAN MANUEL GUEVARA LUEVANO is a 28-year-old man, approximately 5 feet 5 inches and 150 pounds, who resides in Aurora, Illinois.

**CALL NUMBERS UTILIZED BY LUEVANO**

13. According to AT&T records, between September 29, 2024, through January 30, 2025, telephone number [redacted]-1993 (Defendant Phone 1) made approximately 59 attempts to contact Victim A's Call Number.[1]

14. According to AT&T records, Defendant Phone 1 is subscribed to by Individual [redacted] (believed to be [redacted]) at an address on [redacted] Aurora, Illinois (Aurora Address). According to Illinois Secretary of State records, LUEVANO also resides at the Aurora Address.

LUEVANO AND WEBSITE 1 AND WEBSITE 2

15. According to Victim A, in or about September 2023, Victim A met LUEVANO through the social media applications Website 1 and Website 2.

16. Based on my participation in this investigation, I understand that Website 1 and Website 2 are online adult entertainment video hosting, live streaming, and e-commerce companies. The performers are able to engage with their audience and earn money through various channels.

17. Website 1 did not provide any records for an account associated with Defendant Phone 1. Website 1 provided records for an account associated with Victim A. As explained below, LUEVANO alleged in an email sent to Victim A that he was permanently banned from Website 1 in approximately 2025. According to records received from Website 2, account jmguevaralu was created on or about June 17, 2022,

[1] Victim A provided their personal telephone, number (Victim A's Call Number) to FBI personnel. According to those same AT&T records, during the same period, Victim A's Call Number never contacted Defendant Phone 1.

using [redacted]@protonmail.com (Luevano Email 1). According to records received from Website 2, Victim A created an account using a pseudonym on or about October 2, 2022, using email address incorporating the pseudonym.

18. According to Victim A, Victim A worked on Website 1, amongst others, and made an income through the platform. According to Victim A, Victim A was a content creator on both Website 1 and Website 2 and sold digital content on the Website 1 and Website 2 platforms. Content creators on Website 1 and Website 2 earn money through tokens given as tips by viewers on live shows, in addition to private shows. Content creators on Website 1 and Website 2 can also sell videos and maintain an online store where customers can purchase items from the content creator or send them gifts.

19. According to Victim A, Victim A does not perform live on Website 1 or Website 2. Victim A does not use their real name on Website 1 or Website 2 and has taken steps to conceal their identity, such as not showing their face and utilizing a P.O. box for their address.

**<u>LUEVANO'S UTILIZATION OF CASHAPP ACCOUNT 1</u>**

20. According to Block, Inc. records (owner of CashApp), CashApp account with username [redacted] ("CashApp Account 1") was registered to "Juan Manuel Guevara Luevano" with associated birthdate matching that of LUEVANO, according to Illinois Secretary of State records.[2] According to Block, Inc. records,

[2] Illinois Secretary of State records identifying LUEVANO's birthdate were received on or about January 17, 2025.

LUEVANO provided the Aurora Address which was verified via a government identification document.

21. According to Block, Inc. records, CashApp Account 1 used multiple display names, including "Supreme Master"[3], "Juan Manuel Guevara Luevano", and "Juan Guevara". CashApp Account 1 used multiple aliases, including Defendant Phone 1, "jmguevaralu", and [redacted] ("Luevano Email 2").

EMAIL ACCOUNTS UTILIZED BY LUEVANO

22. According to Apple records, Luevano Email 2 is registered to "Juan Guevara Luevano" with Defendant Phone 1 and the Aurora Address.

23. According to a data extraction of Luevano Email 2's iCloud account obtained pursuant to a federal search warrant[4]:

a. Luevano Email 1 and [redacted] ("Luevano Email 3") were connected user accounts, among others;

b. Luevano Email 2's iCloud account was utilized to access Proton Mail; and

c. Luevano Email 2's iCloud account had a saved contact "Mr. Juan C. M. Guevara Luevano" with LUEVANO's birthdate, Aurora Address, and Luevano Email 1.

LUEVANO'S INITIAL INTERACTIONS WITH VICTIM A

[3] As detailed below, LUEVANO uses the moniker "Supreme Master" in communications to Victim A.

[4] Issued by Magistrate Judge Holleb Hotaling on December 12, 2025.

24. According to Victim A, on or about September 14, 2023, LUEVANO utilizing Website 2 username "jmguevaralu", accessed Victim A's profile on Website 2 and paid Victim A approximately $100 for a "Q&A" video where Victim A answered questions posed by LUEVANO. According to Victim A, LUEVANO used CashApp Account 1 and Luevano Email 1.

25. According to Victim A, on or about September 15, 2023, LUEVANO purchased used underwear and a custom video from Victim A for approximately $300 on Website 2. According to Victim A, LUEVANO placed the orders and made the purchases through CashApp Account 1 and Luevano Email 1. According to Victim A, LUEVANO also provided Luevano Email 2 and the Aurora Address.

26. According to Victim A, between September 16, 2023, and November 13, 2023, LEUVANO ordered additional videos and items from Victim A. LUEVANO paid for the content using CashApp Account 1 and used Luevano Email 1 for the transactions, that is to order and receive the additional videos and items.

27. According to Victim A, over time LUEVANO's requests became more personal. LUEVANO wanted Victim A to refer to him as "Supreme Master," know Victim A's favorite foods, and offered to pay Victim A's rent.

28. According to Victim A, Victim A shared their first name with LUEVANO early in the business relationship, in approximately late 2023. Victim A did not share any further personal or identifying information.

29. According to Victim A, Victim A communicated with LUEVANO through Victim A's business email and created content for him as a business transaction.

LEUVANO paid Victim A approximately $14,350 to $17,000 over the course of the business relationship from approximately September 14, 2023, through January 4, 2024.

30. According to Victim A, on or about February 24, 2024, Victim A asked LUEVANO to stop contacting them, in summary, by email[5]. According to Victim A, since that time, LUEVANO has sent hundreds of harassing emails to Victim A and began indicating he knew Victim A's real first and last name, the city where Victim A resides, and, later, Victim A's specific residential address. Victim A does not share their true name or address online.

31. According to Victim A, LUEVANO's harassing comments, including disclosure of him stalking Victim A's physical location and residence, caused Victim A to be fearful and negatively affected Victim A's income. More specifically, according to Victim A, due to LUEVANO's unwanted contact, including harassing comments, Victim A had to close Victim A's business CashApp account which Victim A previously used to accept payment for Victim A's online video production. CashApp is the most preferred method of payment from Victim A's customers. Victim A switched to PayPal and is forced to pay transaction fees.

**POSHMARK**

32. According to Victim A, in or about April 2024 LUEVANO was able to locate a Poshmark account operated by Victim A. Based on my review of records and interview with Victim A, the Poshmark account is a separate business venture than

[5] According to Victim A, Victim A cannot locate this email correspondence.

those affiliated with Website 1 and Website 2. Poshmark is an online clothing resale website, where individuals can sell their new or used clothing and other items to customers. According to Victim A, LUEVANO utilizing the usernames [redacted], [redacted] (LUEVANO Poshmark Accounts) repeatedly posted negative and harassing comments to Victim A's Poshmark account which caused Victim A to be fearful and delete the account which had been a source of income, approximately $2,292.

33. According to Poshmark records:

a. the LUEVANO Poshmark Accounts were all created on April 7, 2024;

b. the LUEVANO Poshmark Accounts were created using an IP address registered to AT&T resolving to either Aurora or Chicago, Illinois; and

c. the LUEVANO Poshmark Accounts are all associated with a Device ID associated with an iPhone.

34. More specifically, according to Poshmark records account hhboxh was created using IP address [redacted] with Device ID [redacted] and, on or about April 7, 2024 (the date of creation), a device with Device ID [redacted] also logged into account hhboxh. As explained below, Device ID [redacted] was used to create accounts [redacted].

35. According to Poshmark records, accounts [redacted] were created using IP address [redacted] (the same IP address used to create account [redacted]) with Device ID [redacted].

36. According to Poshmark records, both Device ID [redacted] and Device ID [redacted] are associated with an iPhone[6].

37. According to Poshmark records, accounts uirarn and jyopt, were created using IP address [redacted] and Device ID [redacted]. According to Poshmark, this Device ID is associated with an iPhone.

38. As explained above, Poshmark accounts [redacted] were created using IP address [redacted]. According to open-source records, IP address [redacted] is registered to AT&T and resolves to the area of Aurora, Illinois.

39. According to Poshmark records, accounts [redacted] were created using IP address [redacted] and Device ID [redacted]. According to Poshmark, this Device ID is associated with an iPhone. According to open-source records, IP address [redacted] is registered to AT&T and resolves to the area of Chicago, Illinois, a metropolitan city approximately 41 miles east of Aurora, Illinois.

---

[6] According to Poshmark records, the User Agent was listed as "Mozilla/5.0 (iPhone; CPU iPhone OS 17_3_1 like Mac OS X) AppleWebKit/6051.15 (KHTML, like Gecko) Version/17.3.1 Mobile/15E148 Safari/604.1 Node"

40. Based on my training and experience, using an AT&T IP address is consistent with the user of the owning and using a cellular telephone with AT&T as the service provider. As stated above, according to AT&T records, AT&T is the service provider for Defendant Phone 1.

41. Below are screenshots of comments posted by LUEVANO Poshmark Accounts on Victim A's Poshmark account. In reviewing the comments, it appears LUEVANO made multiple comments on the same postings using the LUEVANO Poshmark Accounts. In the comments. LUEVANO Poshmark Accounts' comments contain: references to Victim A as "my property"; the use of a shortened version of Victim A's real first name; references to Victim A "blocking" him; and references to himself as "supreme master"; and references to correspondence in Victim A's inbox. More specifically, LUEVANO, utilizing Poshmark account hpxmsaz, stated "You really need to loosen up your loins with me my property. You've become very overbearing. You take yourself too solemnly at what cost?" LUEVANO utilizing the same account further commented "You will always be my property." These comments caused Victim A to experience emotional distress, more specifically fear.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**TEXT MESSAGES**

42. In or about September 2024, according to Victim A, LUEVANO obtained Victim A's personal telephone number (Victim A's Call Number) and called and messaged Victim A using Defendant Phone 1. Victim A did not share Victim A's Call Number with LUEVANO. Screenshots[7] of some text messages sent by Defendant Phone 1 to Victim A's Call Number between September 27 and 28, 2024, are below:

[7] The first two screenshots depict one text message which was too lengthy to fit on the screen in its entirety.


8:55
◀ Mail
[redacted]1993
iMessage
Today 8:52AM
I own you [redacted] even in the afterlife). You're my property.
The Daddy Is the King video was a cry of desperation for me. Everything you vocalized in that video is exactly our dynamic down to the most trivial nuances (except for the taboo content of course).
September will always be our anniversary month. I couldn't miss it no matter what's happening between us.
I actually would [redacted] you up if I had even the slightest chance. You're worth all the trouble in the cosmos.
You're in very good hands. I'm always here for you my most wonderful sweetheart.
iMessage


8:55
◀ Mail
[redacted]993
You're my property.
The Daddy Is the King video was a cry of desperation for me. Everything you vocalized in that video is exactly our dynamic down to the most trivial nuances (except for the taboo content of course).
September will always be our anniversary month. I couldn't miss it no matter what's happening between us.
I actually would [redacted] you up if I had even the slightest chance. You're worth all the trouble in the cosmos.
You're in very good hands. I'm always here for you my most wonderful sweetheart.
I know your birthday isn't [redacted] I think it's on [redacted]
iMessage




**EMAILS SENT BY LUEVANO TO VICTIM A CREATING FEAR**

43. According to Victim A, Victim A has received numerous harassing emails from Luevano Email 1, Luevano Email 2, Luevano Email 3. As depicted immediately below in a screenshot of Victim A's spam folder, Victim A received emails from LUEVANO utilizing Luevano Email 1, Luevano Email 2, and Luevano Email 3 frequently from approximately fall 2024 to the present. The screenshot does not depict all emails Victim A received from LUEVANO. Notably, multiple subject lines

of the emails and messages depicted below identify Victim A as "my property" and "my stunning property."

| | | |
|---|---|---|
| Juan Manuel Guevara. 2 | **Hi :)** - Must you know. I've been splurging on myself since I've stopped sending you money. I've b... | 10:02 PM |
| Juan Manuel Guevara. | **Longing on Memorial Day** - On Memorial Day, as flags unfold, In distant lands, where memories ... | May 27 |
| Juan Manuel Guevara. 4 | **Hi :)** - Fucking hell. I long to be with you up close all day everyday for the rest of my life. You will ... | May 27 |
| jmguevaralu | **Hi :)** - I long to be up close with you every morning my stunning property. | May 26 |
| Juan Manuel Guevara. | **Hi :)** - I long to be with you up close every morning my stunning property. You're my favorite [redacted] | May 26 |
| Juan Manuel Guevara. | **I long to be with you up close every morning my stunning property** - Empty Message | May 26 |
| Juan Manuel Guevara. | **I long to be with you up close every morning my property** - Empty Message | May 26 |
| Juan Manuel Guevara. | **Beyond the Fog: A Lament of Love and Distance** - In the City of Golden Light, where foggy m... | May 26 |
| Juan Manuel Guevara. | **Forsaken Tokens** - O, fairest of [redacted] with eyes like the morning dew,And lips that shone like ... | May 26 |
| Juan Manuel Guevara. | **Gifts of Shadows** - In twilight's hush, where shadows play,I once bestowed upon her, a lavish arr... | May 26 |
| Juan Manuel Guevara. | **Echoes of Heartache** - In whispers, she confesses her fears, A fragile soul, beset by tears,The ... | May 25 |
| Juan Manuel Guevara. | **Your silences are a heavy mist that shrouds my soul, a perpetual twilight that obscures th...** | May 25 |
| Juan Manuel Guevara. | **My One and Only Property** - My Property. As the moon casts its silvery glow upon the midnight... | May 25 |
| Juan Manuel Guevara. | **I actually long for yo[redacted](You will always be my property)** - Empty Message | May 24 |
| Juan Manuel Guevara. | **I actually long for you[redacted](You will always be my property)** - Empty Message | May 23 |
| Juan Manuel Guevara. | **I actually long for you[redacted](You will always be my property)** - Empty Message | May 22 |

| | | |
|---|---|---|
| Juan Manuel Guevara. | Hi :) - Must you both know. I'm not in the business of blackmailing anyone. I'm ... | 2:23 AM |
| [redacted] | | |
| **Juan Manuel Guevara.** | **Forgive me my property.** - Empty Message | **Apr 6** |
| **Juan Manuel Guevara.** | **What's it going to take for you to forgive me?** - Empty Message | **Apr 6** |
| **Juan Manuel Guevara.** 15 | **You're pathetic** - Empty Message | **Mar 29** |
| **Juan Manuel Guevara.** | **You're pathetic** - Empty Message | **Mar 28** |
| **Juan Manuel Guevara.** | **Good Riddance** - Empty Message | **Mar 28** |
| Juan Manuel Guevara. 2 | [redacted] Empty Message | Mar 17 |
| Juan Manuel Guevara. 6 | Fuck you ultra-submissive slut!!! - Empty Message | Mar 17 |
| **Juan Manuel Guevara.** | **Fuck you!!!** - Empty Message | **Mar 16** |

| | | |
|---|---|---|
| Juan Manuel Guevara. 2 | [redacted]mpty Message | Mar 17 |
| Juan Manuel Guevara. 6 | Fuck you ultra-submissive slut!!! - Empty Message | Mar 17 |
| **Juan Manuel Guevara.** | **Fuck you!!!** - Empty Message | **Mar 16** |
| **Juan Manuel Guevara.** | **Fuck You Ultra-Submissive Slut!!!** - Empty Message | **Mar 16** |
| **Juan Manuel Guevar...** 22 | **Fuck You!!!** - Empty Message | **Mar 16** |
| **Juan Manuel Guevara.** | **(No Subject)** - Empty Message | **Mar 16** |
| Juan Manuel Guevara. 6 | Feels good not sending you gifts and spoiling myself. - Empty Message | Mar 16 |
| **Juan Manuel Guevara.** 2 | **$5 Whore** - Empty Message | **Mar 16** |
| **Juan Manuel Guevara.** | **You need to get a real job btw.** - Empty Message | **Mar 16** |
| **Juan Manuel Guevara.** 3 | **How much for a blowjob?** - Empty Message | **Mar 16** |
| Juan Manuel Guevara. | You're my fucking bitch and no one else's - Empty Message | Mar 16 |
| Juan Manuel Guevara. 5 | Fuck your toxic positivity and bullshit!!! - Empty Message | Mar 15 |
| **Juan Manuel Guevara.** | **Take the fucking piss!!!** - Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** | **You the type of person that thrives on toxic positivity and bullshit!!!** - Empty Message | **Mar 15** |
| Juan Manuel Guevara. 16 | You're the most overrated taboo actress - Empty Message | Mar 15 |
| **Juan Manuel Guevara.** | **In all seriousness. You're the most overrated taboo actress** - Empty Message | **Mar 15** |

| | | |
|---|---|---|
| **Juan Manuel Guevara.** | **It feels good to be banned fro**[redacted]Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** 2 | **Extremely lousy and insulting tips!!!** - Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** | **Extremely lousy and insulting tips they send!!!** - Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** | **How funny!!!** [redacted]**hat's a fucking insult!!!** - Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** 2 | **You're the least fascinating person** - Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** | **You're the least fascinating person.** - Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** | **All you post about is your clothes and food. Nothing fascinating.** - Empty Message | **Mar 15** |
| **Juan Manuel Guevar...** 99 | **Suck my big fat cock** - Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** | **(No Subject)** - Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** | **(No Subject)** - Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** | **(No Subject)** - Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** | **(No Subject)** - Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** 9 | **You're not a good person.** - Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** | **You're a terrible person and human being.** - Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** | **You're morbidly delusional.** - Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** | **You're always playing the victim and little**[redacted]**erfect. Everyone is a crazy person except you. You never t...** | **Mar 15** |
| **Juan Manuel Guevara.** 2 | **You're ungrateful and unappreciative.** - Empty Message | **Mar 15** |
| **Juan Manuel Guevara.** | **You're extremely ungrateful and unappreciative.** - Empty Message | **Mar 15** |

| | | |
|---|---|---|
| Juan Manuel Guevara. | You're a terrible person and human being. - Empty Message | Mar 15 |
| Juan Manuel Guevara. | You're morbidly delusional. - Empty Message | Mar 15 |
| Juan Manuel Guevara. | You're always playing the victim and littl[redacted]erfect. Everyone is a crazy person except you. You never t... | Mar 15 |
| Juan Manuel Guevara. 2 | You're ungrateful and unappreciative. - Empty Message | Mar 15 |
| Juan Manuel Guevara. | You're extremely ungrateful and unappreciative. - Empty Message | Mar 15 |
| Juan Manuel Guevara. | Love is no competition. I could outgift all your folks cumulatively if I wanted. You don't know how to hold on to impo... | Mar 15 |
| Juan Manuel Guevara. | You wake up at [redacted]hat's depressing. - Empty Message | Mar 15 |
| Juan Manuel Guevara. | Your life is sad. Monotonous. Depressing. Mundane. In need of passion. - Empty Message | Mar 15 |
| Juan Manuel Guevara. | I know you miss me really hard. - Even if you blocked me. My messages are getting sent to your spam folder. I know ... | Mar 14 |
| Juan Manuel Guevara. | Must You Know - My birthday is a week after [redacted] would like for you to keep ignoring me just like yo... | Mar 14 |
| Juan Manuel Guevara. | Delicious cannoli btw. I long to eat breakfast with you someday. - Empty Message | |
| Juan Manuel Guevara. | How much longer am I getting the silent treatment? - Empty Message | Mar 14 |
| Nicolette Bloom | Happy Friday Jr. - [redacted]ey hey ❤️ I hope your week is going well so far, we've almost made it thro... | Mar 14 |
| Juan Manuel Guevara. | You re-added your [redacted] noticed btw. - Empty Message | Mar 14 |
| Juan Manuel Guevara. | Hi :) Did you block my email? Just confirming. - Empty Message | Mar 13 |

44. LUEVANO harassed and intimidated Victim A and caused Victim A to be fearful regarding their physical safety by utilizing LUEVANO Email 1, LUEVANO Email 2, and LUEVANO Email 3 to send Victim A messages with accurate information regarding Victim A's full name, address, and date of birth even though Victim A took steps to conceal their identity online and had not shared this information with LUEVANO. A screenshot of emails that included this personal identifying information sent on or about October 1, 2024, by LUEVANO to Victim A is below:

[redacted]




45. According to Victim A, LUEVANO sent Victim A various unsolicited items to Victim A's home. According to Victim A, in or about December 2024, LUEVANO sent Victim A an Aromatech Scent Diffuser, valued at approximately $200, as well as a West Elm blanket, and an Apple Magic Mouse from BestBuy, valued at approximately $80. According to Victim A, each item was sent to Victim A at her residence using her first, middle, and last name. A screenshot of the email from BestBuy is below:

[redacted]



View: Web

BEST BUY | Geek SQUAD

**Lucky you, you've received a gift!**

A gift from Juan Manuel has been delivered to you.

**Juan Manuel has also included this message for you:**

*I bought you five items My Property and Sunny [redacted]'ll get you a white titanium unlocked iPhone 16 Pro Max 1TB in January.*

We hope you enjoy your gift from Best Buy®.

Sincerely,

Your Customer Care Team

Deal of the Day | Mobile App | Credit Cards | Support Center

Follow us and share your story

As depicted above, the Best Buy gift message states the gift is from "Juan Manuel." Additionally, the gift message refers to Victim A as "My Property and Sunny [redacted]."

46. As depicted above in the screenshots of text messages, emails, and the Best Buy gift message, LUEVANO expressed to Victim A that he views Victim A as his property. According to Victim A, on or about November 3, 2024, at approximately 10:56 a.m., LUEVANO left a voicemail on Victim A's phone which stated, "I always get what I want, my fucking property." Victim A provided the FBI with a copy of the voicemail and I have reviewed it. Additionally, according to AT&T records Defendant Phone 1 placed a telephone call to Victim A's Call Number on or about November 3, 2024, at approximately 10:55 a.m. Central Time.

47. According to Victim A, LUEVANO will harass Victim A every day for a few weeks at a time, sending pseudo-threats and harassing messages in the manner described above which cause Victim A to be fearful of their physical safety.

48. According to Victim A, LUEVANO sent Victim A accurate information regarding Victim A's family member's names and addresses. For example, in or about October 2024, LUEVANO emailed Victim A's parents and told them that Victim A was doing "[redacted] for money online." According to Victim A, LUEVANO sent Victim A's parents [redacted] According to Victim A, LUEVANO's action of contacting their parents caused Victim A emotional distress because Victim A never provided LUEVANO their parent's personal information, including names and email addresses. Screenshots of the emails sent to Victim A's parents are below:

[redacted]

49. In or about September 2024, LUEVANO obtained one of Victim A's personal email accounts[8] which Victim A did not share with LUEVANO. Victim A began to receive hundreds of emails per day from emails Victim A recognized as LUEVANO, including Luevano Email 1, Luevano Email 2, Luevano Email 3. Screenshots of some of the emails are below:

[redacted]

[8] According to Victim A, LUEVANO obtained additional email accounts utilized by Victim A at other points in time.

[redacted]

This is where you live now. I know where you lived before this address.

Not once did I ever knock on your door. Not once did I ever book a flight to go see you unexpectedly.

Not once did I endanger your [redacted] Not once did I endanger your [redacted]

Not once did I endanger your [redacted] Not once did I endanger your [redacted]

I'm young. I have my life ahead of me.

I'm career-focused. Why would I jeopardize all of this for anyone?

I'm not a stalker or hacker. I just have above average capabilities with computers.

I work in investment banking as an analyst. I always leverage my intelligence.

I never make room for uncertainties or contingencies. I don't believe in random or arbitrary interventions.

I don't believe in luck or chance. I make my own luck.

I won't apologize for wanting you. I won't apologize for always wanting to win at all cost.

I won't apologize for always getting my way. I won't apologize for being the most smug asshole or arrogant schmuck.

I won't apologize for always getting what I want eventually. I won't apologize for being more strategic than you.

I won't apologize for always getting what I want eventually. I won't apologize for being more strategic than you.

I don't have a criminal record. No speeding tickets.

I'm civilized. I control all my vices.

I am not here to confront you. I just want answers as to why you like playing cat and mouse.

Why do you like playing hard to get? Why do you like playing psychological mind games?

Why did you unenroll from [redacted] Why did you take the money?

Why are you a pathological liar? Why do you always end sentences with the phrase lol?

Why are you never serious? Why do you never see the consequences of your actions?

I don't care about your money or resources. I only care about your time.

You already know I'm your favorite. You told me I fulfill you.

That feeling never goes away. I only acted crazy to lower my myself to your level of lies.

This fiasco only happened because you got complacent. You started to take me for granted.

I'm not one of your minions who you can toss around. Your minions know nothing about the real you.

Only I know what moves you. I own your soul.

I can hear your thoughts. Your subconscious.

We're connected in totality. I've tried moving on.

I only think of you when I'm with other women. Our relationship was never a gimmick or charade.

I don't play games. I'm here to win at all cost whether you like it or not.

I will always put you in your place. I will always be ultra-dominant.

I will always take what's rightfully mine. You're my [redacted] now whether you like it or not.

I own you (even in the afterlife). You're my property and ultra-delicate princess.

You're my soon-to-be [redacted] Stop resisting me because you're only wasting your energy.

Thinking was what got you in trouble in the first place. Stop thinking.

Just withdraw and surrender. No sense in trying to fight me.

I can't negotiate the idea of abandoning you. I'm here to stay whether you like it or not.

You have no choice in the matter. No say.

Your caveats or stipulations don't amount to anything in our dynamic. I call the shots here whether you like it or not.

You know you like the attention I provide endlessly. You're addicted to our correspondence.

Block me one more time. I challenge you.

[redacted]

Listen to me carefully because I'm only going to say this once. Just between you and me. You can change your name. Renounce your citizenship. Move overseas. Do surgery to alter your appearance. Wear a wig in public. I don't care at all. I will track you down no matter where you go. I own you. You're my property and [redacted] Get very comfortable with me because I always get what I want. Don't be surprise when I come to serenade you with a Mariachi band outside your [redacted]our neighbors aren't any of my concern. I know you better than you know yourself. I know what's best for you. We were meant for each other. I want to spoil you. Treat you. You can't deny me because I already won you. Your resistance only turns me on more and tempts me to go see you. Keep it up or I'm going to apologize in person if I have to. You're only one trip away.

[redacted]

You can change your name. Renounce your citizenship. Move overseas. Do surgery to alter your appearance. Wear a wig in public. I will track you down no matter what you do.

50. As illustrated above, LUEVANO utilizes the moniker "Supreme Master." On or about January 1, 2025, "Supreme Master" utilizing the email address [redacted] ent a message to Victim A's personal website using email which stated "Don't be surprised when I come see you. I already booked a flight." An image of the message is below:

[redacted]




According to Victim A, Victim A understood LUEVANO's message to mean that LUEVANO made travel plans, including booking a flight, to make unwanted physical contact with Victim A which caused Victim A to be fearful regarding their physical safety.

## ICLOUD SEARCH WARRANT RESULTS

51. As explained above, a federal search warrant [redacted][9] for Luevano Email 2's iCloud account was executed in this investigation.

52. A data extraction from Luevano Email 2's iCloud account revealed a contact saved as "[Victim A's first name and middle name] Guevara Luevano" with

[9] Issued by Magistrate Judge Holleb Hotaling on December 12, 2025.

organization name "[Victim A's Online Content Creator Name]". The contact listed Victim A's birthday, alternate emails, Victim A's family members' emails, Victim A's phone number, and Victim A's home address.

53. The data extraction from Luevano Email 2's iCloud account revealed the iCloud account was used on numerous occasions to access Proton Mail, consistent with the service provider of Luevano Email 1.

54. Luevano Email 2's iCloud account contained an image of LUEVANO's Illinois driver's license which is consistent with LUEVANO's photo, date of birth, and address. The account contained numerous images of credit cards with LUEVANO's name on them, as well as a social security card with LUEVANO's name and social security number.

55. The data extraction from Luevano Email 2's iCloud account revealed two photos of Victim A saved to the account.

**LUEVANO'S UTILIZATION OF X**

56. According to X (formerly known as Twitter) records, on or about January 2, 2025, at approximately 11:14 a.m. an X account using Victim A's true name and online name was created using Luevano Email 3. According to Victim A, this account was not created by [redacted] or with [redacted] consent. The X account featured a full photo of Victim A's face as well as a photo of Victim A's parents. The profile listed Victim A's work email, location, and business website.

57. According to Victim A, LUEVANO acknowledged the X account on or about January 5, 2025, in email correspondence sent to Victim A from Luevano Email 3. Screenshots of the emails are depicted below:

[redacted]

I'm glad you reported that Twitter account. I meant to delete it.

My bad. I apologize.

On Jan 4, 2025, at 22:55, Supreme Master [redacted]

[redacted]

I really thought I had deactivated that account. I couldn't change the username handle after creating it.

I was just fucking around too much. You know my fetish, but again I apologize.

Twitter only has certain limits to making changes to an account. I tried everything to edit the information back to an unnamed account.

Again. I'm glad you reported it.

I tried everything to delete it. I can't even deactivate the account now.

I self-reported the account myself too must you know. I'm glad you reported mutually.

## LUEVANO'S UTILIZATION OF ZELLE

58. According to Early Warnings (Zelle) records,

a. recipient name "Juan Luevano" has the recipient tokens (linking the recipient's bank account with the Early Warning network) of Defendant Phone 1 and Luevano Email 3; and

b. recipient name "Juan Guerva Luevano" has the following recipient tokens: Luevano Email 1; and Luevano Email 2.

59. According to records from Early Warnings (Zelle), on or about September 27, 2024, LUEVANO sent $1575.75 to Victim A with a note which states in part, "I own you [Victim A's full name] (even in the afterlife). You're my property."

**FBI INTERVIEW OF LUEVANO**

60. On or about January 17, 2025, I and another agent interviewed LUEVANO at the Aurora Address. During the interview, LUEVANO admitted contacting Victim A but stated their relationship was a business relationship. According to LEUVANO, his contact with Victim A was playful and he did not mean it to be harassing. According to LUEVANO, LUEVANO had not heard from Victim A for a period of time but believed Victim A wanted LUEVANO to continue contacting [redacted] based on his perception of the things Victim A would say and do in their public videos. According to LUEVANO, LUEVANO had not contacted Victim A for the last month. According to LUEVANO, LUEVANO knew where Victim A lived because Victim A did not try to hide it when Victim A would take videos in Victim A's [redacted].

61. I admonished LUEVANO that his contact with Victim A was considered harassing behavior and advised him to cease contact with Victim A. I told LUEVANO Victim A did not want to be contacted by him. In response, LUEVANO asked me what would happen if someone else pretended to be LUEVANO and began harassing Victim A.

**LUEVANO'S ADMISSIONS OF CAUSING EMOTIONAL DISTRESS TO VICTIM A**

62. According to Victim A, Victim A hired an attorney to provide a cease-and-desist letter to LUEVANO. On or about October 7, 2026, I interviewed Victim A's attorney (Individual B). According to Individual B, on or about February 4, 2025, Individual B mailed a cease-and-desist letter to LUEVANO via certified mail. According to Individual B, Individual B spoke to LEUVANO via telephone on or about February 7, 2025. According to Individual B, LUEVANO said words to the effect of "I don't want any trouble. I won't call anymore."

63. According to Victim A, on or about February 9, 2025, LUEVANO sent a message to Victim A through Victim A's website, using Luevano Email 2. The message states, in part, "I spoke with your lawyer…You won't be hearing from me for a very long time. That doesn't mean I won't be tuned in. I check in on you daily." LUEVANO acknowledges opening accounts in Victim AS's name and admits to making comments on Poshmark and causing Victim A "endless emotional distress." An image of the message is below:

[redacted]

**Details: Name**: Supreme Master

[redacted]

and shuffled every month. New laws get made daily. And yet. I want you to be the only constant in my life. You're the only constant that fuels me with endless passion and joy. No one will ever replace the value you hold in my life. I value you more than life itself. God forbid a man can get jealous over a [redacted] he loves endlessly. My jealousy blinded me of any wrongdoing. Cut me some slack [redacted] I had just turned 25 when we first started talking. You became my first and last true adult love without even having to meet you in person. When you know you just know. I have an assignment for you before I let you go. A movie that would aid you in understanding my motives. I want you to watch a movie named 5 to 7 (2014) with your Sonos speakers on blast. The movie is free right now on YouTube. I was constantly watching this movie in 2023 when I first contacted you. The movies brings me endless nostalgia of our encounter. We built mutual and unparalleled rapport instantly and effortlessly. No one will ever replace you. I involuntarily and indefinitely depart you with sadness. Now get back to work and make me proud my sunny [redacted] and property.

64. In the above message, LUEVANO refers to himself as "Supreme Master." Additionally, LUEVANO refers to Victim A as "my sunny [redacted] and property" which is similar verbiage used in the above described Best Buy gift message.

**LUEVANO's CONTINUED CONTACT WITH VICTIM A AND VICTIM A's ASSOCIATES**

65. On or about October 1, 2026, Victim A received an email from [redacted] ("Luevano Email 5"). LUEVANO identifies himself in the email using both his first name and his preferred moniker "Supreme Master": "I'm joking my property. It's me Juan (Supreme Master)". In the email, in summary, LUEVANO acknowledges contact with the FBI, stating, in part, "Do consider I never once harassed after the lovely FBI visit at my doorstep" but also

acknowledges that his actions have caused Victim A to take actions to protect Victim A's physical safety:

> I see you moved [redacted]. I don't understand what I ever did to you to make the extreme lengths you've taken.
> Do I scare you or do you fear me that endlessly? I never once hurt you or visited you or stalked you in person.
> I've always been gracious with you and gave you enough time to make decisions about your safety.

Additionally, LUEVANO refers to Victim A as "my property" multiple times and states, in summary, that he puts up with Victim A's "silent treatments." A screenshot of the email is below:

[redacted]

[redacted]

66. On or about October 2, 2026, a friend of Victim A, hereby referred to as Individual C, received an email from [redacted] ("Luevano Email 6"). The email stated, in part, "Hi (Individual C)…You already know me. It's Juan [Supreme Master].", and "I am most sure you know about our debacle and the FBI visit to my doorstep. [Victim A] got a lawyer for a Cease to Decease request to make sure I stopped communicating with [redacted] as they put it." A screenshot of the email is below:

[redacted]

67. According to Victim A, LUEVANO's ongoing harassment of Victim A has caused disturbances in Victim A's personal life and Victim A's business. More specifically, according to Victim A, Victim A has moved three times in the last few years, in part due to LUEVANO's harassment. LUEVANO's harassment emotionally disturbs Victim A. Victim A was disturbed when LEUVANO shared [redacted] with Victim A's parents. Victim A experienced fear due specifically to LUEVANO's communications regarding his actions stalking Victim A's physical

location. Victim A is afraid LUEVANO will find Victim A. Victim A has felt helpless and afraid for their life.

68. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that, beginning on or about February 2024 through October 2026, JUAN MANUEL GUEVARA LUEVANO did commit the **SUBJECT OFFENSE**.

FURTHER AFFIANT SAYETH NOT.

Nina D. Miller by MV
NINA D. MILLER
Special Agent, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone November 3, 2026

Maria Valdez

Honorable Maria Valdez
United States Magistrate Judge